FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0589

_____

STATE Of MONTANA

      Plaintiff and Appellee,

  v.                               O R D E R

CLARENCE REDMOND LOGUE JR.,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Clarence Redmond Logue, Jr., to all counsel of record, and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020